IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR90** |
| vs. | |
| ERIC LUVIANO-CABRERA, | ORDER |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel (Filing No. 88), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Christopher J. Roth, 713 South 16th Street, Omaha, NE 68102, (402) 800-6690, is appointed to represent Eric Luviano-Cabrera for the balance of these proceedings pursuant to the Criminal Justice Act. Lynae A. Tucker-Chellew shall forthwith provide Christopher J. Roth any discovery materials provided to the defendant by the government and any such other materials obtained by Lynae A. Tucker-Chellew which are material to Eric Luviano-Cabrera's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Christopher J. Roth.

DATED this 25th day of February, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge